UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY -9  A 11: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| QUESTECH FINANCIAL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIG INVESTMENTS, LLC, )<br>BHARAT R. PATEL, AMITA B.PATEL, )<br>DIPEN J. PATEL, SOMALI D. PATEL, )<br>RITEN J. PATEL, JIGNA PATEL, BHARAT )<br>B. PATEL and KUSUM B. PATEL )<br>)<br>Defendant. ) | CASE NO. 1:04CV879(LG)(RHW)<br><br>Pending in the U.S.D.C. for the<br>Southern District of Mississippi,<br>Southern Division |

## MOTION TO QUASH SUBPOENA

Comes now William W. Hinesley, an attorney licensed to practice law in the State of Alabama, who hereby moves this Court to quash Plaintiff's Civil Subpoena For Production of Documents, a copy of which is attached hereto as Exhibit "A", and as grounds therefor would show unto this Court that: (i) said subpoena commands the undersigned to produce documents which are confidential records of a client, Herndon Oil Corporation, which would cause the undersigned to breach the attorney-client privilege; (ii) the subpoena further would require the undersigned to disclose confidential records and communications of a client in violation of Rule 1.6 of the Rules of Professional Conduct; and (iii) the documents requested should be available and obtainable from Defendants or other sources known to or discoverable by Plaintiff.

Therefore, the undersigned respectfully requests this Court to issue its order quashing Plaintiff's subpoena.

Respectfully submitted,

*[signature]*

William W. Hinesley
Bar No. ASB-4423-E65W
Johnston, Hinesley, Flowers, Clenney
& Turner P.C.
291 North Oates Street
Dothan, Alabama 36303
334-793-1115

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion To Quash Subpoena upon Mary Clay W. Morgan, Attorney for Plaintiff, by depositing a copy of same in the United States mail, postage prepaid, to her regular mailing address at:

Bradley, Arant, Rose & White LLP
Post Office Box 1789
Jackson, Mississippi 39215
Telephone: (601) 948-8000

on this 8th day of May, 2006.

*[signature]*
William W. Hinesley., Of Counsel

FILES\MOTIONS\HERNDON_OIL_AIG_INVESTMENTS.MOTION_TO_QUASH