IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06mc3301-MHT |
| | ) |
| AIG INVESTMENTS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**SHOW CAUSE ORDER**

Upon consideration of the motion to quash filed by attorney William W. Hinesley, it is

ORDERED that on or before May 26, 2006, the opposing parties shall show cause why the motion should not be granted.

Done this 12th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE