IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC, ) | |
| ) | |
| Plaintiff, ) | 1:06MC3301-MHT |
| ) | |
| v. ) | |
| ) | |
| AIG INVESTMENTS, LLC, BHARAT R. ) | (Related Action: |
| PATEL, AMITA B. PATEL, DIPEN J. ) | Civil Action No. 1:04CV879 (LG)(RHW) |
| PATEL, SONALI D. PATEL, RITEN J. ) | |
| PATEL, JIGNA PATEL, BHARAT B. ) | Pending in the U.S.D.C. for the Southern |
| PATEL, and KUSUM B. PATEL, ) | District of Mississippi, Southern Division) |
| ) | |
| Defendants. | |

## RESPONSE OF PLAINTIFF QUESTECH FINANCIAL LLC TO MOTION TO QUASH SUBPOENA

Plaintiff QuesTech Financial, LLC ("QuesTech") hereby responds to the Motion to Quash Subpoena filed by William W. Hinesley, Esq. in this court on or about May 8, 2006, and states as follows:

1. On May 4, 2006, QuesTech served a subpoena to William W. Hinesley, Esq. requesting (1) documents relating to any agreement between the Defendants in this action and Herndon Oil Company, (2) documents concerning any communication between Mr. Hinesley and Virgil Gillespie, Esq. related to the agreement between the Defendants and Herndon Oil Company, and (3) documents concerning any communication between Mr. Hinesley and Jay Patel, Nash Patel or the Defendants related to the agreement between the Defendants and Herndon Oil Company. (Exhibit A, Subpoena).

4/78416.1

2.  Mr. Hinesley moved to quash the subpoena, stating that the subpoena requests privileged or confidential documents and that the requested documents are available to QuesTech through other sources.

3.  The subpoena served by QuesTech on Mr. Hinesley does not seek privileged information, confidential records, or confidential communications between Mr. Hinesley and his client. Rather, the subpoena requests (1) documents reflecting agreements between Mr. Hinesley's client Herndon Oil Corporation and third parties who were not clients of Mr. Hinesley and (2) documents reflecting communications between Mr. Hinesley and third party non-clients. However, if Mr. Hinesley believes that documents responsive to the subpoena contain privileged information, confidential records, or confidential communications between Mr. Hinesley and his client, QuesTech agrees that Mr. Hinesley need not produce those records. Again, QuesTech has no interest in privileged information, confidential records, or confidential communications between Mr. Hinesley and his client.

4.  QuesTech has attempted to obtain the requested documents from other sources, including the Patel Defendants via document requests, to no avail. In fact, QuesTech subpoenaed the Patel Defendants' agents, non-parties Jay and Nash Patel, in an effort to obtain these documents. Although it is very likely that Jay and Nash Patel were in possession of at least some of the requested records at one point, their office and all of their records were destroyed in Hurricane Ivan. Most importantly, the records of the Patel Defendants' former attorney – who represented them in the underlying Herndon Oil Corporation transaction – Virgil Gillespie, Esq., were destroyed by Hurricane Katrina and/or a subsequent fire which destroyed Mr. Gillespie's office. As a result, QuesTech has been unable to obtain the subpoenaed documents from other sources.

5.  Pursuant to Federal Rule of Civil Procedure 45(c)(1), QuesTech will pay reasonably necessary copying expenses to prevent imposition of an undue burden on Mr. Hinesley in responding to the subpoena.

RESPECTFULLY SUBMITTED, this 10th day of May, 2006.

*/s/ Mary Clay W. Morgan*
David W. Clark (MBN 6112)
Mary Clay W. Morgan (MBN 101181)
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

**ATTORNEYS FOR PLAINTIFF
QUESTECH FINANCIAL, LLC**

OF COUNSEL:

Michael Levison (admitted pro hac vice)
Pitney Hardin
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-2401
Facsimile: (212) 682-3485

## CERTIFICATE OF SERVICE

I, Mary Clay W. Morgan, hereby certify that on May 10, 2006, I served the foregoing document to the following, by U.S. Mail:

William W. Hinesley
Johnston, Hinesley, Flowers, Clenney & Turner, PC
291 North Oates Street
Dothan, Alabama 36303

W. Lee Watt, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
248 E. Capitol Street,
1400 Trustmark
Post Office Drawer 119
Jackson, MS 39201

Lawrence B. Voit
Silver, Voit & Thompson
4317-A Midmost Drive
Mobile, AL 36609-5589

_____
Mary Clay W. Morgan