IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC, CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  CIVIL ACTION NO. 1:06mc3301-MHT ) |
| AIG INVESTMENTS, LLC., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to quash (doc. # 1) filed by William Hinesley and the plaintiff's response, it is

ORDERED as follows:

1. That the show cause order entered on May 17, 2006 be and is hereby VACATED.

2. That the motion to quash be and is hereby set for oral argument on June 19, 2006, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. That the parties shall, not later than 20 days from the date of this order, meet and confer in a good faith effort to resolve this issue.

Done this 17th day of May, 2006.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE