## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 23, 2006

## NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Questech Financial, LLC v. AIG Investments, LLC, et al.**

**Case Number:**       **#1:06-mc-03301-MHT**

**Referenced Document:**   **Document #6**
                           **Motion to Withdraw**

**This  notice has been docketed to enter the corrected signature pages into the record in the referenced case.  The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**