## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **QUESTECH FINANCIAL, LLC,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 1:06-MC-3301** |
| ) | |
| **AIG INVESTMENTS, LLC, et al,** ) | |
| ) | |
|     **Defendants.** ) | |

### MOTION TO WITHDRAW

COMES NOW Richard M. Thayer ("counsel"), one of the attorneys of record for Defendant, AIG Investments, LLC ("Defendant"), and moves this Honorable Court to allow him to withdraw as an attorney of record for Defendant. In support of his Motion, counsel states the following:

1. As of January 3, 2006, counsel is no longer employed with the law firm of Brunini, Grantham, Grower & Hewes, PLLC.

2. Based on information and belief, the Defendant continues to be represented by W. Lee Watt of Brunini, Grantham, Grower & Hewes, PLLC.

WHEREFORE, PREMISES CONSIDERED, Richard M. Thayer respectfully requests that he be allowed to withdraw as an attorney of record for Defendant. Further, he respectfully requests that he be removed from all mailing matrices.

                                                        Respectfully Submitted,

                                                        */s/ Richard M. Thayer*
                                                        Richard M. Thayer

**OF COUNSEL:**
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6588
Fax: (205) 328-7234

## CERTIFICATE OF SERVICE

 I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on this the 22nd day of May, 2006:

David W. Clark
Mary Clay W. Morgan
Bradley, Arant, Rose & White, LLP
Post Office Box 1789
Jackson, Mississippi 39215-1789

Robert W. Gambrell
Gambrell & Associates, P.A.
Post Office Drawer 8299
Biloxi, Mississippi 39535

Michael H. Levison
Pitney Hardin
7 Times Square
New York, New York 10036-7311

W. Lee Watt
Brunini, Granthan, Grower & Hewes, PLLC
Post Office Box 119
Jackson, Mississippi 39205-0119

                */s/ Richard M. Thayer*
                Of Counsel