IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06mc3301-MHT |
| | ) |
| AIG INVESTMENTS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the motion to withdraw filed by defense counsel Richard Marshall Thayer (doc. # 6). The defendants are represented by other counsel. Accordingly, it is

ORDERED that the motion to withdraw filed by defense counsel Richard Marshall Thayer (doc. # 6) be and is hereby GRANTED.

Done this 24th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE