IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUESTECH FINANCIAL, LLC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:06mc3301-MHT |
| | ) | |
| AIG INVESTMENTS, INC., *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Now pending before the court is the motion to withdraw from representation of the Patel defendants filed by defense counsel Richard Marshall Thayer (doc. # 9).  The defendants are represented by other counsel.  Accordingly, it is

ORDERED that the motion to withdraw filed by defense counsel Richard Marshall Thayer (doc. # 9) be and is hereby GRANTED.

Done this 31st day of May, 2006.


       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE