IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 JUN 15 A 11: 24

| | |
|---|---|
| QUESTECH FINANCIAL, LLC, | ) |
| Plaintiff, | ) 1:06MC3301-MHT |
| v. | ) |
| AIG INVESTMENTS, LLC, BHARAT R. PATEL, AMITA B. PATEL, DIPEN J. PATEL, SONALI D. PATEL, RITEN J. PATEL, JIGNA PATEL, BHARAT B. PATEL, and KUSUM B. PATEL, | ) (Related Action: ) Civil Action No. 1:04CV879 (LG)(RHW) ) ) Pending in the U.S.D.C. for the Southern ) District of Mississippi, Southern Division) |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF SUBPOENA

Plaintiff QuesTech Financial, LLC ("QuesTech") hereby gives notice that it is withdrawing its May 4, 2006 subpoena to William W. Hinesley, Esq. ("Hinesley"), and states as follows:

1. On May 4, 2006, QuesTech served a subpoena to Hinesley.

2. Hinesley moved to quash the subpoena on May 9, 2006 (Document 1), stating that the subpoena requests privileged or confidential documents and that the requested documents are available to QuesTech through other sources.

3. On May 17, 2006, the Court entered an order (Document 5) setting Hinesley's Motion to Quash for hearing on June 19, 2006, and ordering the parties to confer in good faith to attempt to resolve the issues raised in the Motion to Quash.

4. Counsel for Questech has conferred with Hinesley regarding the issues raised in

4/78416.1

the Motion to Quash. Hinesley has produced documents to Questech, and Questech therefore withdraws its May 4, 2006, subpoena to Hinesley.

5.   As Questech hereby withdraws its May 4, 2006, subpoena to Hinesley, the Motion to Quash is moot and there are no remaining issues to be resolved by the Court. The hearing set for Monday, June 19, 2006, may therefore be removed from the Court's docket.

RESPECTFULLY SUBMITTED, this 14th day of June, 2006.

                                             /s/ Mary Clay W. Morgan
                                             David W. Clark (MBN 6112)
                                             Mary Clay W. Morgan (MBN 101181)
                                             Bradley Arant Rose & White LLP
                                             Suite 450, One Jackson Place
                                             188 East Capitol Street
                                             PO Box 1789
                                             Jackson, MS 39215-1789
                                             Telephone: (601) 948-8000
                                             Facsimile: (601) 948-3000

                                             **ATTORNEYS FOR PLAINTIFF**
                                             **QUESTECH FINANCIAL, LLC**

OF COUNSEL:

Michael Levison (admitted pro hac vice)
Pitney Hardin
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-2401
Facsimile: (212) 682-3485

## CERTIFICATE OF SERVICE

I, Mary Clay W. Morgan, hereby certify that on June 14, 2006, I served the foregoing document to the following, by U.S. Mail:

William W. Hinesley
Johnston, Hinesley, Flowers, Clenney & Turner, PC
291 North Oates Street
Dothan, Alabama 36303

W. Lee Watt, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
248 E. Capitol Street,
1400 Trustmark
Post Office Drawer 119
Jackson, MS  39201

Lawrence B. Voit
Silver, Voit & Thompson
4317-A Midmost Drive
Mobile, AL 36609-5589

/s/ Mary Clay W. Morgan
Mary Clay W. Morgan