IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC, CORPORATION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 1:06mc3301-MHT<br>) |
| AIG INVESTMENTS, LLC., *et al.*, | )<br>) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the motion to quash (doc. # 1) filed by William Hinesley. The motion to quash is presently set for oral argument on June 19, 2006, at 10:00 a.m. On June 15, 2006, the plaintiff filed a notice of resolution and motion to withdraw the motion to quash. (Doc. # 11). Upon consideration of the notice and motion to withdraw, and for good cause, it is

ORDERED that the motion to withdraw the motion to quash (doc. # 11) be and is hereby GRANTED and oral argument presently set for June 19, 2006, be and is hereby CANCELED.

Done this 16th day of June, 2006.

                                           /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE